IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:

SYLVESTER HARRIS and
MINNIE HARRIS
    Debtors.                                                    CASE NO. 96-43714
                                                                           Chapter 13

SYLVESTER HARRIS and
MINNIE HARRIS, et al.,
    Plaintiffs,

V.                                                                         Adversary No. 02-01220

FEDERAL DEPOSIT INSURANCE CORPORATION
as Receiver for WASHINGTON MUTUAL BANK
    Defendant.

---

### NOTICE OF MOTION FOR APPROVAL OF SETTLEMENT

---

    TO:    U.S. Trustee, Case Trustee, and Creditors

    **YOU ARE HEREBY NOTIFIED** that, on behalf of Plaintiffs Sylvester Harris, Minnie Harris, Dora Lee Hanger, and Meredith Brown, the undersigned has filed a **Motion For Approval of Settlement** (the "Motion") a copy of which is attached hereto.

    **YOU ARE FURTHER NOTIFIED** that, should you wish to file an objection to the Motion, you must do so within twenty (20) days of the date of this Notice, in writing, with a copy to the undersigned and to each party specified on the Pacer Mailing Matrix which was attached to the Motion as Exhibit B, with the original filed with the Clerk of the Court.

**YOU ARE FURTHER NOTIFIED** that, if no objection is timely filed, the Court will be requested to enter an Order on the Motion *ex parte*. If, and only if, an objection is timely filed, the Court will hold a hearing on the Motion on Thursday, October 29, 2009, at 1:30 p.m. in the Bankruptcy Court at 100 East Capitol Street in Jackson, Mississippi.

**THIS** the 6th day of October 6, 2009.

**Respectfully submitted,**

*/s/ Steve Olen*
Steve Olen
Cunningham Bounds, LLC
P.O. Box 1826
Mobile, AL 36633

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day served, via either the Court's ECF system or U.S. Mail, postage prepaid, a true and correct copy of the foregoing to:

All parties on the Pacer Mailing Matrix which was attached to the Motion as Exhibit B.

**THIS** the 6th day of October, 2009.

*/s/ Steve Olen*
Steve Olen